IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| SHAWN K. BURCHFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-480-KI |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| COMMISSIONER of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Martin R. Cohen
P. O. Box 1229
4040 Douglas Way
Lake Oswego, Oregon  97035

Linda S. Ziskin
3 Monroe Parkway, Suite P, PMB #323
Lake Oswego, Oregon  97035

    Attorneys for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon

Page 1 - JUDGMENT

Britannia I. Hobbs
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon  97204-2902

David J. Burdett
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington  98104-7075

      Attorneys for Defendant

KING, Judge:

      Based on the record,

      The decision of the Commissioner is REVERSED.  This action is REMANDED to the Commissioner for rehearing.

      Dated this      30th       day of July, 2008.

                                              /s/ Garr M. King
                                              Garr M. King
                                              United States District Judge