FILED'08 SEP 05 15:36USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SHAWN K. BURCHFIELD,**
    Plaintiff,

CV 07-480-KI

ORDER FOR EAJA FEES

vs.

**COMMISSIONER of Social Security,**

    Defendant.

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6131.12 shall be awarded to Plaintiff's attorney Martin R. Cohen, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412.

DATED this 5 day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Martin R. Cohen
**MARTIN R. COHEN,** OSB # 77023
(503) 635-5805
Attorney for Plaintiff

STIPULATION FOR EAJA FEES